[No. 24955-3-II. Division Two. November 21, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY L. BUCHANAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 98-1-00100-1, F. Mark McCauley, J., entered July 26, 1999. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Quinn-Brintnall, JJ.

[No. 25114-1-II. Division Two. November 21, 2001.]

BARBARA KRUMM, *Appellant*, v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-2-11517-4, Karen L. Strombom, J., entered August 20, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 25783-1-II. Division Two. November 21, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL PATRICK SWIRCZYNSKI, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-04290-7, John A. McCarthy, J., entered March 10, 2000. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Houghton, J.

[No. 25818-8-II. Division Two. November 21, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ADRIAN GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 98-1-00233-6, James B. Sawyer II, J., entered March 16, 2000. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Bridgewater, and Quinn-Brintnall, JJ.